**Order entered February 12, 2014**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00003-CV

## BCH DEVELOPMENT, LLC AND BLANCHARD HOMES, LLC, Appellants

## V.

## LAKEVIEW HEIGHTS ADDITION PROPERTY OWNERS' ASSOCIATION AND BARBARA WOHLRABE, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05900-A**

## ORDER

We **GRANT** appellants' February 10, 2014 unopposed motion to withdraw Busch, Ruotolo & Simpson, LLP, Alan L. Busch, and Christopher M. Albert as counsel and February 10, 2014 notice of substitution of lead counsel. We **DIRECT** the Clerk of the Court to remove Busch, Ruotolo & Simpson, LLP, Alan L. Busch, and Christopher M. Albert as appellants' lead counsel and substitute Darrin Walker in their place. We further **GRANT** appellants' February 11, 2014 unopposed first motion for extension of time to file brief and **ORDER** the brief be filed no later than March 19, 2014. Appellees shall file their brief no later than April 28, 2014. Because this is an accelerated appeal, no further extensions will be granted absent exigent circumstances.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE